**Chauncey A. WILLIAMS,
Plaintiff–Appellant,**

v.

**Gene JOHNSON, Director of VA
D.O.C., Defendant–Appellee.**

No. 12–6462.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 19, 2012.

Decided: July 23, 2012.

Chauncey A. Williams, Appellant Pro Se. Lara Kate Jacobs, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before DUNCAN, AGEE, and WYNN, Circuit Judges.

to the complaint and that the order therefore

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chauncey A. Williams appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Williams v. Johnson*, No. 1:10–cv–01290–TSE–TCB (E.D. Va. filed Feb. 29, 2012; entered Mar. 1, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*